HARRY EDWARDS, as Administrator, Substituted in Place of GRACE EDWARDS, Deceased, Appellant, v. ROCCO MOTOR SALES CORP., Respondent.— Action to

recover a deposit made under an agreement to purchase a new automobile. Order of the County Court of Westchester County, reversing a judgment in favor of plaintiff rendered by the City Court of Yonkers, and dismissing the complaint, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.